# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0530
_____

ROY STOKES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

August 28, 2024

PER CURIAM.

The Court dismisses the petition for belated appeal as untimely filed. *See* Fla. R. App. P. 9.141(c)(5)(A).

LEWIS, B.L. THOMAS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Roy Stokes, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.